FRANK TORREGROSSA, BY HIS NEXT FRIEND, JOHN TOR-
REGROSSA, AND JOHN TORREGROSSA, INDIVIDUALLY,
ET AL., PLAINTIFFS, v. NATHAN STILLMAN, DEFEND-
ANTS.

Submitted January term, 1928—Decided July 7, 1928.

Before GUMMERE, CHIEF JUSTICE, and Justices BLACK and
LLOYD.

For the rule, *William B. Stites.*

*Contra, Feder & Rinzler.*

PER CURIAM.

Frank Torregrossa was injured in a collision between an
automobile in which he was riding and an automobile driven
by the defendant, and for the damages sustained suit was
instituted by the plaintiffs, Frank Torregrossa and his father,
John Torregrossa. A verdict was rendered in favor of Frank,
the son, for $7,500, and a verdict in favor of John, the father,
for $1,000.

On the defendant's rule to show cause why a new trial
should not be granted we are urged to set the verdicts aside
on the ground that a nonsuit should have been entered; that
the verdicts are contrary to the weight of the evidence; that
the verdicts are excessive and for alleged trial errors.

An examination of the proofs sent up with the record of
the case convinces us that all of these reasons are without
merit and that the verdicts should not be disturbed.

The rule for new trial will, therefore, be discharged.